UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREGORY BARNHART, JOE CONYARD, DOUGLAS FRANK, THOMAS HEFFLINGER, JOHN HOWE, DON LEASK, SAMUEL NESBITT, ANNA REUTOV, ERIC SKINNER, and JUHA TUOMINEN, | No. 3:13-cv-00669-HU<br><br>**OPINION AND ORDER** |

        Plaintiffs,

    v.

PROSPECT MORTGAGE, LLC,

        Defendant.

_____

HUBEL, Magistrate Judge:

        This matter comes before the Court on the parties' joint motion for approval of settlement agreements and dismissal of this lawsuit.  Having reviewed the pleadings and papers on file, and having considered the parties' arguments, the Court makes the following findings, and good cause appearing, enters the following order:

        1.  The parties' joint motion (Docket No. 59) for approval of settlement agreements and dismissal of lawsuit is GRANTED;

Page 1 - OPINION AND ORDER

2.   The settlements reached by the parties represent fair and equitable resolutions of this action, *see Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993) (district courts should approve settlements that are fundamentally fair, adequate and reasonable, looking at factors such as the strength of the case, the amount offered in settlement, the experience and views of counsel, and the risk and expense of further litigation), reasonably resolve *bona fide* disagreements between the parties regarding the merits of the claims asserted by Plaintiffs, and demonstrate a good faith intention by the parties that the claims of Plaintiffs be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.

3.   The settlements reached by the parties are approved by this Court;

4.   Pursuant to the terms of the parties' confidential settlement agreements, the above-caption action, including Plaintiffs' Fair Labor Standards Act claims, and all claims for relief set forth therein, shall be dismissed with prejudice; and

5.   Each side shall bear their own attorneys' fees and costs, except as may otherwise be provided in the confidential settlement agreements.

IT IS SO ORDERED.

Dated this _20th_ day of October, 2014.

/s/ Dennis J. Hubel

_____
        DENNIS J. HUBEL
United States Magistrate Judge